IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORINZA BLACK, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:09-cv-1043-MEF |
| | ) WO |
| WILLIE THOMAS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #30) to the Recommendation of the Magistrate Judge filed on April 19, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #29) filed on April 4, 2012 is adopted;

3. The petition for habeas corpus relief is DENIED as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1) and this case is DISMISSED with prejudice.

DONE this the 26th day of April, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE